**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01468-RBJ
(consolidated and filed in the lead case number: 1:20-cv-01121-RBJ)

TIMOTHY DIPIRRO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

VAIL RESORTS, INC. and THE VAIL CORPORATION, d/b/a VAIL RESORTS MANAGEMENT COMPANY,

    Defendants.

## ENTRY OF APPEARANCE

Reeves Anderson of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Defendants Vail Resorts, Inc. and The Vail Corporation d/b/a Vail Resorts Management Company. The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

2

**Dated**:  June 16, 2020 	Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ Reeves Anderson*
      Reeves Anderson
      1144 Fifteenth Street, Suite 3100
      Denver, CO 80202-1370
      Telephone: (303) 863-1000
      Fax: (303) 832-0428
      Reeves.Anderson@arnoldporter.com
      *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Rusty Evan Glenn - rusty@shumanlawfirm.com
*Attorney for Plaintiff Bernard Han*

Robert Bruce Carey - rob@hbsslaw.com
Stuart McKinley - stuart@paynterlawfirm.com
Craig Richard Valentine - craig@coloradolaw.com
*Attorneys for Plaintiff Dylan Clarke*

Bryan L. Clobes - bclobes@caffertyclobes.com
Melissa Kerin Reagan - mreagan@shermanhoward.com
Katherine Dawson Varholak - kvarholak@shermanhoward.com
*Attorneys for Plaintiff Michael McAuliffe*

Michael R. Cashman - mcashman@hjlawfirm.com
Richard Michael Hagstrom - rhagstrom@hjlawfirm.com
*Attorneys for Plaintiffs Jim Faydenko, Stephen Conti, Chad Hixon and Enyinnaya Okwulehie*

Daniel E. Gustafson - dgustafson@gustafsongluek.com
*Attorney for Plaintiff Timothy DiPirro*

Rick D. Bailey - rick@rickbaileylaw.com
*Attorney for Plaintiff Justin B. Gasman*

Steven M. Tindall - smt@classlawgroup.com
*Attorney for Plaintiff Sofia Malachowsky*

Jordan Laurence Lurie - jllurie@pomlaw.com
*Attorney for Plaintiff Amanda Bellafatto*

Yeremey O. Krivoshey - ykrivoshey@bursor.com
*Attorney for Plaintiffs Jordan Rarick, Brian Hunt, Dam Kodama and Michael Odell*

                                                                    */s/ Reeves Anderson by Tanya Huffaker*