# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIMOTHY DIPIRRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VAIL RESORTS, INC., and THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY,<br><br>Defendants. | Case No. 1:20-cv-01468<br>(Consolidated and Filed in the Lead Case No. 1:20-cv-01121-RBJ) |

## ENTRY OF APPEARANCE

Daniel C. Hedlund of the law firm Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota, 55402, hereby certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Plaintiff Timothy DiPirro.

Dated: June 16, 2020

Respectfully Submitted,

GUSTAFSON GLUEK PLLC

By: /s/ Daniel C. Hedlund
Daniel C. Hedlund (MN #258337)
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dhedlund@gustafsongluek.com

*Attorney for Plaintiff Timothy DiPirro*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, I electronically filed the forgoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all of counsel of record.

/s/ Daniel C. Hedlund