**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01121-RBJ (consolidated)

MICHAEL McAULIFFE, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

THE VAIL CORPORATION, et al.

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION TO DISMISS**

---

Defendants The Vail Corporation d/b/a Vail Resorts Management Company, and Vail

Resorts, Inc. (collectively, "Vail Resorts"), by and through its counsel, submit this Unopposed

Motion for Extension of Time to File Motion to Dismiss ("Motion").

**CERTIFICATE OF CONFERRAL**

Pursuant to D. Colo. L. Civ. R. 7.1, undersigned counsel conferred with lead counsel for

Plaintiffs, and this motion is unopposed.

1.      Pursuant to Judge Jackson's Revised Practice Standards (December 8, 2020), Vail

Resorts filed and served its letter regarding its proposed motion to dismiss on December 11, 2020.

Plaintiffs filed their letter response on December 18, 2020.

2.      On December 21, 2020, Judge Jackson granted Vail Resorts permission to file its

Motion to Dismiss.  The newly revised practice standards sets forth the time for Vail Resorts to

file its Motion to Dismiss as no later than seven days following the Court's response.  Thus, the

deadline for filing of the Motion to Dismiss under the new practice standards is December 28,

1

2020, which spans the Christmas holiday and related closures.

3.      Although Vail Resorts has been diligently working on its Motion to Dismiss, Vail Resorts respectfully requests an additional seven days, up to and including January 4, 2021, to file its Motion to Dismiss. Vail Resorts requests this brief extension to allow its own representatives, its counsel, and all staff time to take their holiday breaks currently scheduled.

4.      This is Vail Resorts' first request to extend the time to file its Motion to Dismiss the Consolidated Amended Class Action Complaint.  Vail Resorts makes this Motion in good faith, and no party will be prejudiced by the relief requested in this Motion.

5.      Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will serve a copy of this Motion upon its client, as further noted in the Certificate of Service.

WHEREFORE, Vail Resorts respectfully requests that this Court enter an order extending the deadline for Vail Resorts to file its Motion to Dismiss by seven days, up to and including January 4, 2021.

Respectfully submitted this 21st day of December 2020.

> s/ Desmonne A. Bennett
> Desmonne A. Bennett
> Bryan Cave Leighton Paisner LLP
> 1700 Lincoln Street, Suite 4100
> Denver, CO 80203
> Telephone: (303) 861-7000
> Email: desmonne.bennett@bclplaw.com
>
> Darci F. Madden
> Bryan Cave Leighton Paisner LLP
> 211 North Broadway, Suite 3600
> St. Louis, MO  63102
> Telephone:  (314) 259-2000
> Email:  darci.madden@blcplaw.com
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21, 2020, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

| | |
|---|---|
| Melissa Kerin Reagan<br>Katherine Dawson Varholak<br>Sherman & Howard LLC-Denver<br>mreagan@shermanhoward.com<br>kvarholak@shermanhoward.com | Bryan L. Clobes<br>Nyran Rose Rasche<br>Cafferty Clobes Meriwether & Sprengel<br>bclobes@caffertyclobes.com<br>nrasche@caffertyclobes.com |
| Richard Michael Hagstrom<br>Hellmuth & Johnson, PLLC<br>rhagstrom@hjlawfirm.com | Nicholas Lange<br>Carlson Lynch LLP-Chicago<br>nlange@carlsonlynch.com |
| Michael R. Cashman<br>Hellmuth & Johnson, PLLC<br>mcashman@hjlawfirm.com | *Local Rule Service on Client:*<br>Tim Walker<br>Alison K. Toivola<br>Etwalker@vailresorts.com<br>aktoivola@vailresorts.com |

> s/ Jennifer Pearce