# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-01121-RBJ
*Consolidated with 1:20-cv-01881-RBJ-KLM; 1:20-cv-01134-RBJ; 1:20-cv-01163-RBJ-KLM; 1:20-cv-01176-RBJ; 1:20-cv-01468-RBJ-KLM; 1:20-cv-01475-RBJ; 1:20-cv-01529-RBJ; 1:20-cv-01585-RBJ-KLM; and 1:20-cv-01364-KLM*

MICHAEL McCAULIFFE,
MCKENNA CONNOLLY,
STEPHEN CONTI,
STEVEN BEILEY,
TERRY CHECHAKLI,
NORMAN CHENEY, and
MATTHEW BALKMAN, individually and on behalf of all others similarly situated,

 Plaintiffs,

v.

THE VAIL CORPORATION, d/b/a Vail Resorts Management Company d/b/a Vail Resorts, Inc.,

 Defendant.

---

## FINAL JUDGMENT
---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the ORDER ON MOTION TO DISMISS [ECF No. 103] of Judge R. Brooke Jackson entered on October 15, 2021, it is

 ORDERED that Defendant's Rule 12(b)(6) Motion to Dismiss [ECF No. 74] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the defendant is awarded costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is dismissed with prejudice.

Dated at Denver, Colorado this 15th day of October, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes
Deputy Clerk