IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01121-RBJ (consolidated)

MICHAEL McAULIFFE, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

THE VAIL CORPORATION, et al.

    Defendants.

**AGREED MOTION FOR INDICATIVE RULING
UNDER FED. R. CIV. P. 62.1(a)**

As directed by the United States Court of Appeals for the Tenth Circuit, Defendants, with the agreement of Plaintiffs, respectfully request an indicative ruling under Fed. R. Civ. P. 62.1. *See* Ex. 1 (Order of the Tenth Circuit, dated February 4, 2022). In support thereof, the parties state as follows:

1. Defendants request that the Court indicate whether it would grant a motion under Fed. R. Civ. P. 60(a) to correct a clerical error in the final judgment.

2. The clerical error is the omission of a named defendant – Vail Resorts, Inc. – from the final judgment (ECF # 104) and the order granting the motion to dismiss (ECF # 103).

3. That error apparently arose when Vail Resorts, Inc. was treated as a "d/b/a" of defendant The Vail Corporation, although the amended complaint named Vail Resorts, Inc. as a separate defendant. *See* ECF # 66.

4.      The parties agree that Vail Resorts, Inc. is a separate defendant, and that the judgment and order should have included Vail Resorts, Inc.

5.      Fed. R. Civ. P. 60(a) provides that the district court "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

6.      However, when an appeal is pending, "such a mistake may be corrected only with the appellate court's leave." *See* Fed. R. Civ. P. 60(a).

7.      Defendants, with the agreement of Plaintiffs, asked the Tenth Circuit for leave, and that Court directed the parties to "file a supplement to the motion advising whether the district court has indicated that it would grant a motion to correct a clerical error under Fed. R. Civ. P. 60(a)." *See* Ex. 1.

8.      Accordingly, Defendants, with the agreement of Plaintiffs, respectfully request that the Court enter an order stating that the Court would grant a motion to correct the clerical error in the final judgment and order, and correct the final judgment and order to include Vail Resorts, Inc. as a named defendant in whose favor judgment was entered. *See* Fed. R. Civ. P. 62.1(a)(3).

Respectfully submitted this 11th day of February, 2022.

*s/ Michael J. Hofmann*
Michael J. Hofmann
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
E-mail: michael.hofmann@bclplaw.com

>Darci F. Madden
>Bryan Cave Leighton Paisner LLP
>211 North Broadway, Suite 3600
>St. Louis, MO 63102
>Telephone: (314) 259-2000
>E-mail: darci.madden@bclplaw.com
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of February, 2022, a true and correct copy of the foregoing **AGREED MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 62.1(a)** was served on all counsel of record.

>*/s/ Michael J. Hofmann*
>Michael J. Hofmann

3