IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 1:20-cv-01121-RBJ
*Consolidated with 1:20-cv-01881-RBJ-KLM; 1:20-cv-01134-RBJ; 1:20-cv-01163-RBJ-KLM; 1:20-cv-01176-RBJ; 1:20-cv-01468-RBJ-KLM; 1:20-cv-01475-RBJ; 1:20-cv-01529-RBJ; 1:20-cv-01585-RBJ-KLM; and 1:20-cv-01364-KLM*

MICHAEL McCAULIFFE,
MCKENNA CONNOLLY,
STEPHEN CONTI,
STEVEN BEILEY,
TERRY CHECHAKLI,
NORMAN CHENEY, and
MATTHEW BALKMAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE VAIL CORPORATION d/b/a Vail Resorts Management Company and
VAIL RESORTS, INC.,

    Defendants.

## SECOND AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, including this Court's Amended Order on Motion to Dismiss; the Judgment of the United States Court of Appeals for the Tenth Circuit issued on June 6, 2023; the Opinion of that court issued on June 6, 2023; and the Mandate of that court issued on June 28, 2023, it is

ORDERED that plaintiffs' claims asserting violation of the implied covenant of good faith and fair dealing, unjust enrichment, and money had and received are dismissed with prejudice. It is

1

FURTHER ORDERED that plaintiffs' breach of contract, breach of warranty, and state consumer protection claims are dismissed without prejudice. It is

FURTHER ORDERED that, as the prevailing parties, the defendants are awarded costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of August, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes_____
    J. Dynes
    Deputy Clerk