**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01121-RBJ
*Consolidated with 1:20-cv-01881-RBJ-KLM; 1:20-cv-01134-RBJ; 1:20-cv-01163-RBJ-KLM; 1:20-cv-01176-RBJ; 1:20-cv-01468-RBJ-KLM; 1:20-cv-01475-RBJ; 1:20-cv-01529-RBJ; 1:20-cv-01585-RBJ-KLM; and 1:20-cv-01364-KLM*

MICHAEL McCAULIFFE,
MCKENNA CONNOLLY,
STEPHEN CONTI,
STEVEN BEILEY,
TERRY CHECHAKLI,
NORMAN CHENEY, and
MATTHEW BALKMAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE VAIL CORPORATION, d/b/a Vail Resorts Management Company, and
VAIL RESORTS, INC.,

    Defendants.

---

## THIRD AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the SECOND AMENDED ORDER ON MOTION TO DISMISS [ECF No. 138] of Judge R. Brooke Jackson entered on September 29, 2023, it is

ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss [ECF No. 74] is GRANTED. It is

FURTHER ORDERED This case is DISMISSED with prejudice, except that plaintiffs' breach of contract, breach of warranty, and state consumer protection claims are DISMISSED WITHOUT PREJUDICE.

FURTHER ORDERED that, as the prevailing party, the defendants are awarded costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of September, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ M. Smotts

M. Smotts
Deputy Clerk