# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-01121-RBJ
*Consolidated with 1:20-cv-01881-RBJ-KLM; 1:20-cv-01134-RBJ; 1:20-cv-01163-RBJ-KLM; 1:20-cv-01176-RBJ; 1:20-cv-01468-RBJ-KLM; 1:20-cv-01475-RBJ; 1:20-cv-01529-RBJ; 1:20-cv-01585-RBJ-KLM; and 1:20-cv-01364-KLM*

MICHAEL McCAULIFFE,
MCKENNA CONNOLLY,
STEPHEN CONTI,
STEVEN BEILEY,
TERRY CHECHAKLI,
NORMAN CHENEY, and
MATTHEW BALKMAN, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE VAIL CORPORATION, d/b/a Vail Resorts Management Company, and
VAIL RESORTS, INC.,

      Defendants.

---

## FOURTH AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Motion to Dismiss [ECF No. 153] of Judge R. Brooke Jackson entered on June 25, 2024, it is

ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss [ECF No. 147] is GRANTED.  It is

FURTHER ORDERED that this case is DISMISSED with prejudice.

FURTHER ORDERED that the defendants are awarded costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of June, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/   C. Pearson, Deputy Clerk